**BARRY TAUB**
ATTORNEY FOR
**NORTH GENERAL HOSPITAL**
LEGAL SERVICES DEPARTMENT
1879 MADISON AVENUE · NEW YORK, NEW YORK 10035
TELEPHONE (212) 423-2404 · FACSIMILE (212) 423-4793



October 10, 2007

Hon. Denny Chin
Daniel Patrick Moynihan
United States Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

RE: Matthew Martin v. City of New York; New York Police Dept.; Det. Jerry Breen # 01279; New York City Health & Hospital Corporation; North General Hospital
Case number 07 CIV 7384

Dear Judge Chin:

I represent North General Hospital in the above captioned matter.

On October 9, 2007, North General Hospital received, by mail, a copy of the Summons and Complaint in the above captioned matter.

It is alleged, by pro se plaintiff, in the Complaint, that:

> " on January 16, 2007, at 11:25 pm, between 15 and 20 police officers & FBI agents bust down my door and through me on the floor, breaking my left wrist and cutting me above my left eye requiring stiches.
>
> Excessive force, assault & battery on January 16, 2007 at 11:25 pm ... "

On January 17, 2007, the police brought Pro Se plaintiff to North General Hospital, where he received treatment in the emergency room.

Defendant, North General Hospital, pursuant to your motion practice, respectfully seeks permission to make a motion to dismiss. The basis for dismissal is that North General Hospital did not assault nor batter plaintiff.

Defendant, North General Hospital, hereby requests a pre-motion conference.

Very truly yours

Barry Taub

cc: Pro se Matthew Martin
   # 349-07-01125
   North Infirmary Command
   15-00 Hazen Street
   East Elmhurst, New York 11370

   City of New York
   Municipal Building
   1 Centre Street
   New York, New York 10007

   New York Police Dept.
   Police Headquarters
   1 Police Plaza
   New York, New York 10007

   Det. Jerry Breen
   25th Precinct
   119th Street, Between Park & Lexington
   New York, New York 10013

   Health & Hospital Corp.
   125 Worth Street
   New York, New York 10013

North General Hospital may make its motion, without a premotion conference, on or before 11/9/07; plaintiff shall submit his opposition papers by 12/10/07 (failing which the motion will be (a) granted on default or (b) considered without the benefit of plaintiff's input); and reply papers are to be filed by defendant by 12/24/07.

SO ORDERED.

USDJ 10/17/07