UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MATTHEW MARTIN,                                    :     07 Civ. 7384 (DC)
                                                   :
                    Plaintiff,                     :
                                                   :
    -against-                                      :
                                                   :     **NOTICE OF APPEARANCE**
CITY OF NEW YORK, NEW YORK POLICE                  :
DET. JERRY BREEN #01279, NEW YORK                  :
CITY HEALTH & HOSPITAL CORPORATION,                :
NORTH GENERAL HOSPITAL                             :
                                                   :
                    Defendants.                    :
-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Windels Marx Lane & Mittendorf, LLP, should be substituted as counsel of record on behalf of Defendant, North General Hospital, Attn: Charles E. Simpson, Esq., having replaced Barry Taub, Esq.

Dated:  New York, New York
        May 5, 2008

                                        WINDELS MARX LANE & MITTENDORF, LLP
                                        By: _____
                                            **Charles E. Simpson**

                                        156 West 56th Street
                                        New York, New York 10019
                                        (212) 237-1000

To:   Matthew Martin, Plaintiff *pro se*
      2175 5th Avenue, at 132nd Street
      New York, New York 10037

      Benjamin Stockman, Esq.
      Assistant Corporation Counsel
      Corporation Counsel of the City of New York
      100 Church Street, Room 3-155
      New York, New York 10007
      Attorney for Defendant, Det. Jerry Breen #01279

{10454753:1}