UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MATTHEW MARTIN, :
:
Plaintiff, :
: 07 Civ. 7384 (DC)
-against- :
:
CITY OF NEW YORK, NEW YORK POLICE :
DET. JERRY BREEN #01279, NEW YORK :
CITY HEALTH & HOSPITAL CORPORATION, :
NORTH GENERAL HOSPITAL :
:
Defendants. :
------------------------------------------------------------x

STATE OF NEW YORK     )
                     )ss.:
COUNTY OF NEW YORK    )

## AFFIDAVIT OF SERVICE

**MARIA VITALE-RULLO,** being duly sworn, deposes and says:

1. I am employed by the firm of Windels Marx Lane & Mittendorf, LLP, I am not a party to this action and am over 18 years of age.

2. On May 6, 2008, I caused to be served by regular mail the **NOTICE OF APPEARANCE** upon the following:

>Matthew Martin, Plaintiff *pro se*
>2175 5th Avenue, at 132nd Street
>New York, New York 10037
>
>Benjamin Stockman, Esq.
>Assistant Corporation Counsel
>Corporation Counsel of the City of New York
>100 Church Street, Room 3-155
>New York, New York 10007
>Attorney for Defendant, Det. Jerry Breen #01279

at the addresses designated by said persons for that purpose, by causing the depositing of true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*[signature]*
**MARIA VITALE-RULLO**

Sworn to before me this
7th day of May, 2008

*[signature]*
Notary Public

DEREK ETHERIDGE
Notary Public, State of New York
No. 02-ET6118250
Qualified in New York County
My Commission Expires 11/01/2008

{10455263:1}                                2